IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES C. BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04CV00118 |
| ) | |
| TODD PINION, TERRY PEACOCK, ) | |
| and ROBERT NICHOLS, ) | |
| ) | |
| Defendants. ) | |

ORDER

Tilley, District Judge

For the reasons set forth in an accompanying Memorandum Opinion, the Defendants' Second Motion for Summary Judgment [Doc. # 47] is GRANTED IN PART as to the state law claims and as to Defendants Todd Pinion and Terry Peacock and otherwise is DENIED.

This, the 28th day of September, 2007.

　/s/ N. Carlton Tilley, Jr.　
United States District Judge